FILED

09/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0402

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ADRIAN ABELARDO GARCIA,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 2, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 29 2022